# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**  Date:  September 10, 1999

| | |
|---|---|
| VILMA RIVERA SEPULVEDA | |
| Plaintiff | |
| vs. | Civil 97-2392 (PG) |
| ISLAND FINANCE, et al | |
| Defendants | |

By Order of the Court a second status conference in the above captioned case, is hereby set for **Tuesday, September 28, 1999,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:  Gerardo González Román
      José Casanova Eldelman