# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

VILMA RIVERA SEPULVEDA
Plaintiff

v.                                        Civil No. 97-2392 (PG)

ISLAND FINANCE, et al
Defendants

| MOTION | ORDER |
|---|---|
| Docket entry No. 19<br><br>Plaintiff's motion for extension of time. | This motion is **granted**. The status conference set for September 28 is continued for September 29, 1999, at 8:30 A.M. |

Date: September 21, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

