# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE: September 29, 1999

COURTROOM DEPUTY: Lida Isis EGELE         CIVIL CASE: 97-2392 (PG)

===================================================================

VILMA RIVERA-SEPULVEDA                    Attorneys: Gerardo GONZALEZ ROMAN

vs.

ISLAND FINANCE, et al                     José CASANOVA EDELMAN

===================================================================

SECOND STATUS CONFERENCE held in chambers. The plaintiff will have two experts, a psychiatrist and an endocrinologist. The defendants will submit additional interrogatories.

The plaintiff is to submit the names and curriculum vitaes of its experts within five days. The experts' reports shall be provided to the defendants by October 29, 1999.

The defendants are granted 15 days to submit the interrogatories. The depositions of the experts, and of any treating physician, will be taken during the month of November.

**Pretrial conference is set for December 15, 1999, at 9:00 A.M.**

The plaintiff made a settlement demand which is being considered by the defendants. The parties are granted 15 days to inform if the case has been settled. If it is not settled, then the defendants will submit the interrogatories.

Lida Isis EGELE
Courtroom Deputy

s/c:   González and Casanova