UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VILMA RIVERA SEPULVEDA,

    Plaintiff(s)

v.                            Civil No. 97-2392(PG)

ISLAND FINANCE, ET AL.

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #23 - Motion for Extension of Time | The extension of Time to submit the experts' curriculum vitae expires on November 15, 1999. The reply to the motion for summary judgement shall be filed not later than November 30, 1999. |

Date: October 21, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge