UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VILMA RIVERA-SEPULVEDA,
     Plaintiff(s)

v.                                          Civ. No. 97-2392 (PG)

ISLAND FINANCE; JOHN DOE
     Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #25 - Motion To Comply With Order. | Granted |

**Date:** December 7, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge