UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VILMA RIVERA-SEPULVEDA,
    Plaintiff(s)

v.                              Civ. No. 97-2392 (PG)

ISLAND FINANCE; JOHN DOE,
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #26 - Motion To Convert Pretrial Into A Status Conference And For Extension Of Time To Reply A Second Motion For Summary Judgment. | Granted |

Date: December 14, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge