UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VILMA RIVERA SEPULVEDA,
    Plaintiff,

    v.                                    Civil No. 97-2392 (PG)

ISLAND FINANCE, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #32 - Settlement Agreement. | approved |

Date: ~~January~~ March 30, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge