UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

VILMA RIVERA SEPULVEDA,  *
                        *
    Plaintiff,           *
                        *
    v.                   *    CIVIL NO. 97-2392(PG)
                        *
ISLAND FINANCE, et al,   *
                        *
    Defendants.          *

## J U D G M E N T

On this same date the Court entered an Order approving the Settlement Agreement signed by the parties on December 24, 1999 (Docket No. 32). WHEREFORE, it is

**ORDERED and ADJUDGED** that said settlement agreement be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said settlement agreement be and is hereby made part of this judgment as though set forth *in extenso*. FURTHER, it is

**ORDERED and ADJUDGED** that the case be and is hereby **DISMISSED with prejudice**.

San Juan, Puerto Rico  March 30, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)